**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| ROBERT SOLIS, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>LEXINFINTECH HOLDINGS LTD., JAY WENJIE XIAO, CRAIG YAN ZENG, KEYI CHEN, YIBO SHAO, and JARED YI WU,<br><br>  Defendants. | CASE No.: 3:20-CV-01562-SI<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF COUNSEL** |

WHEREAS, the above-captioned securities class action has been filed against defendants LexinFintech Holdings, LTD ("LexinFintech" or the "Company"), and certain of its officers, directors, and underwriters alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i) and 15 U.S.C. § 78u-4(a)(3)(A)(i), on September 9, 2020, a notice was issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on November 9, 2020, movants Lennon Wright and Stephen Grossi ("Movants") moved the Court to appoint Movants as Lead Plaintiffs and to approve Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel and Ransom, Gilbertson, Martin & Ratliff, LLP as Liaison Counsel;

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a

1

motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23; and

WHEREAS, the Court finding that Movants have the largest financial interest in this action and *prima facie* satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I) and 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

**IT IS HEREBY ORDERED THAT:**

**APPOINTMENT OF LEAD PLAINTIFFS AND COUNSEL**

1. Pursuant to Section 27 of the Securities Act and Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movants are appointed as Lead Plaintiffs for the class as they have the largest financial interest in this litigation and otherwise satisfy the requirements of Fed. R. Civ. P. 23.

2. Movants' choice of counsel is approved and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel and Ransom, Gilbertson, Martin & Ratliff, LLP is appointed as Liaison Counsel.

3. Lead Counsel and Liaison Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel and Liaison Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to coordinate the selection of counsel to act as a spokesperson at pretrial conferences; (4) to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time; (5) to initiate and direct discovery; (6) prepare the case for trial; (7) to engage in settlement negotiations

2

on behalf of Lead Plaintiffs and the Class; and (8) to supervise any other matters concerning the

prosecution, resolution or settlement of the above-captioned securities class action.


SO ORDERED:


Dated _____, 2020          _____

HONORABLE MICHAEL H. SIMON
UNITED STATES DISTRICT JUDGE

3