RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*[Proposed] Liaison Counsel for Plaintiffs and Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| ROBERT SOLIS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LEXINFINTECH HOLDINGS LTD., JAY WENJIE XIAO, CRAIG YAN ZENG, KEYI CHEN, YIBO SHAO, and JARED YI WU,<br><br>    Defendants. | **CASE No.: 3:20-CV-01562-SI**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JEFFREY S. RATLIFF IN SUPPORT OF MOTION OF MOVANTS LENNON WRIGHT AND STEPHEN GROSSI FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** |

I, Jeffrey S. Ratliff, declare:

1.      I am an attorney duly licensed to practice in the State of Oregon and before this Court. I am a partner at Ransom, Gilbertson, Martin & Ratliff, LLP, attorneys for Movants Lennon Wright and Stephen Grossi ("Movants"). I make this declaration in support of Movants' motion for appointment as Lead Plaintiffs and approval of Movants' choice of counsel pursuant to Section 27 of the Securities Act and Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movants' PSLRA certifications;

Exhibit 3:    Movants' loss chart;

Exhibit 4:    Movants' Joint Declaration;

Exhibit 5:    The firm resume of The Rosen Law Firm, P.A.; and

1

Exhibit 6:     The firm resume of Ransom, Gilbertson, Martin & Ratliff, LLP.

I declare under penalty of perjury under the laws of the State of Oregon and the United States of America that the foregoing is true and correct.

Executed this 9th of November, 2020.

**RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP**

By: _____

Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

2