**LexinFinTech Holdings Ltd. Loss Chart**
**Class Period: December 21, 2017 through August 24, 2020**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 7.20944444 |
| Grossi, Stephen | 7/16/2020 | 1,400 | ($10.80) | ($15,120.00) | 9/8/2020 | 7,500 | $7.39 | $55,425.00 | 1,400 | $10,093.22 | $50,398.22 | |
| | 7/16/2020 | 15,120 | ($10.80) | ($163,296.00) | 9/8/2020 | 7,500 | $7.40 | $55,500.00 | | | | |
| | | 16,520 | | ($178,416.00) | | 15,000 | | $110,925.00 | 1,520 | $10,958.36 | ($56,532.64) | |
| | | | | | | | | | | | | |
| Wright, Lennon | 6/4/2020 | 3,000 | ($7.81) | ($23,430.00) | | | | | | | | |
| | 6/4/2020 | 6,000 | ($7.81) | ($46,860.00) | | | | | | | | |
| | 6/10/2020 | 5,000 | ($9.84) | ($49,200.00) | | | | | | | | |
| | 7/23/2020 | 10,000 | ($9.36) | ($93,600.00) | | | | | | | | |
| | 7/27/2020 | 20,000 | ($8.60) | ($172,000.00) | | | | | | | | |
| | | 44,000 | | ($385,090.00) | | | | | 44,000 | $317,215.56 | ($67,874.44) | |
| | | | | | | | | | | | | |
| **TOTAL** | | 60,520 | | ($563,506.00) | | 15,000 | | $110,925.00 | 45,520 | $328,173.91 | ($124,407.09) | |