RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*Liaison Counsel for Lead Plaintiff Movant*
*and [Proposed] Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| ROBERT SOLIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXINFINTECH HOLDINGS LTD., JAY WENJIE XIAO, CRAIG YAN ZENG, KEYI CHEN, YIBO SHAO, and JARED YI WU,<br><br>Defendants. | **CASE No.: 3:20-cv-01562-SI**<br><br>**CLASS ACTION**<br><br>**JEREMY A. LIEBERMAN'S DECLARATION IN SUPPORT OF MOTION OF MATTHEW P. CASTNER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1. I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Matthew P. Castner ("Castner"), and have personal knowledge of the facts set forth herein. My office is located at 600 Third Avenue, New York, New York 10016.

2. I make this Declaration in support of Castner's motion for appointment as Lead Plaintiff of the Class and approval of his selection of Pomerantz as Lead Counsel and Jeffrey S. Ratilff as Liaison Counsel for the Class.

1

3.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:    Press release published over *Business Wire* on September 9, 2020, announcing the pendency of the above-captioned action;

Exhibit 2:    Shareholder Certification executed by Castner;

Exhibit 3:    Loss Chart of Castner;

Exhibit 4:    Declaration executed by Castner;

Exhibit 5:    Firm resume of Pomerantz; and

Exhibit 6:    Firm resume of Ransom, Gilbertson, Martin & Ratliff, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 9, 2020, at New York, New York.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman
(*pro hac vice forthcoming*)
J. Alexander Hood II
(*pro hac vice forthcoming*)
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

2