# EXHIBIT 3

**LexinFintech Holdings Limited (LX)**
**Class Period: December 21, 2017 to August 24, 2020**
**Class Period: Pursuant/Traceable to IPO on December 21, 2017**
**IPO Price: $9.00/share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 74-Day Mean Price* $7.1849 Estimated Value | Section 10-b Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Castner, Matthew P. | 3/13/2018 | 3,000 | $18.1000 | ($54,300) | | | | | | | |
| Castner, Matthew P. | 3/13/2018 | 3,000 | $17.5000 | ($52,500) | | | | | | | |
| Castner, Matthew P. | 3/13/2018 | 3,000 | $18.0000 | ($54,000) | | | | | | | |
| Castner, Matthew P. | 3/13/2018 | 551 | $17.3000 | ($9,532) | | | | | | | |
| Castner, Matthew P. | 3/14/2018 | 1,449 | $17.3000 | ($25,068) | | | | | | | |
| Castner, Matthew P. | 3/15/2018 | 3,000 | $17.1000 | ($51,300) | | | | | | | |
| Castner, Matthew P. | 3/16/2018 | 2,000 | $16.0000 | ($32,000) | | | | | | | |
| Castner, Matthew P. | 4/20/2018 | 5,000 | $16.0000 | ($80,000) | | | | | | | |
| Castner, Matthew P. | 4/15/2019 | 3,000 | $13.2000 | ($39,600) | | | | | | | |
| Castner, Matthew P. | 11/20/2019 | 3,000 | $11.7500 | ($35,250) | | | | | | | |
| Castner, Matthew P. | 1/15/2020 | 1,300 | $13.8500 | ($18,005) | | | | | | | |
| **Castner, Matthew P.** | | **28,300** | | **($451,555)** | | | | | **28,300** | **$203,333** | **($248,222)** |

*Avg Closing Prices from August 25 to November 6