RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, Oregon 97220
Telephone: (503) 226-3664
Facsimile: (503) 243-6716

*Liaison Counsel for the Putative Class*

POMERANTZ LLP
Jeremy A. Lieberman (*pro hac vice*)
Tamar A. Weinrib (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044

*Lead Counsel for the Putative Class*

- additional counsel on signature page -

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| IN RE LEXINFINTECH HOLDINGS LTD. SECURITIES LITIGATION | Case No. 3:20-cv-1562-SI<br><br>**DECLARATION OF TAMAR A. WEINRIB** |

I, Tamar A. Weinrib, declare as follows pursuant to 28 U.S.C. ¶ 1746.

1.      I am a member of the New York Bar admitted to practice before this Court and am a partner with the law firm of Pomerantz LLP ("Pomerantz" or the "Firm"), Lead Counsel in this matter. I make this declaration in support of Plaintiff's Opposition to Defendant Lexinfintech Holdings Ltd.'s Motion to Dismiss the Amended Class Action Complaint.

1

2.　　　　Attached as Exhibit A is a true and correct copy of excerpts from the 2017 Form 20-F Annual Report filed by LexinFintech Holdings Ltd. ("Lexin") with the SEC on April 26, 2018 ("2017 20-F").

3.　　　　Attached as Exhibit B is a true and correct copy of excerpts from the 2018 Form 20-F Annual Report filed by LexinFintech Holdings Ltd. ("Lexin") with the SEC on April 30, 2019 ("2018 20-F").

4.　　　　Attached as Exhibit C is a true and correct copy of excerpts from the 2019 Form 20-F Annual Report filed by LexinFintech Holdings Ltd. ("Lexin") with the SEC on April 30, 2020 ("2019 20-F").

5.　　　　Attached as Exhibit D is a true and correct copy of the Certification by the Principal Executives Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, filed as Exhibit 12.1 to the 2017 20-F.

6.　　　　Attached as Exhibit E is a true and correct copy of the Certification by the Principal Financial Officers Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, filed as Exhibit 12.2 to the 2017 20-F.

7.　　　　Attached as Exhibit F is a true and correct copy of the Certification by the Principal Executives Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, filed as Exhibit 12.1 to the 2018 20-F.

8.　　　　Attached as Exhibit G is a true and correct copy of the Certification by the Principal Financial Officers Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, filed as Exhibit 12.2 to the 2018 20-F.

2

9.      Attached as Exhibit H is a true and correct copy of the Certification by the Principal Executives Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, filed as Exhibit 12.1 to the 2019 20-F.

10.     Attached as Exhibit I is a true and correct copy of the Certification by the Principal Financial Officers Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002, filed as Exhibit 12.2 to the 2019 20-F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2021

*s/ Tamar A. Weinrib*
Tamar A. Weinrib
