# EXHIBIT A

Case 3:20-cv-91562-SI   Document 38-1   Filed 05/18/21   Page 2 of 6

20-F 1 a18-8058_120f.htm 20-F
Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# Form 20-F

**(Mark One)**

☐   **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

or

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
    **For the fiscal year ended December 31, 2017.**

or

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
    **For the transition period from      to**

or

☐   **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report

Commission file number: 001-38328

# LexinFintech Holdings Ltd.

(Exact name of Registrant as specified in its charter)

**N/A**
(Translation of Registrant's name into English)

**Cayman Islands**
(Jurisdiction of incorporation or organization)

**27/F CES Tower**
**No. 3099 Keyuan South Road**
**Nanshan District, Shenzhen 518052**
**The People's Republic of China**
(Address of principal executive offices)

**Craig Yan Zeng, Chief Financial Officer**
**Telephone: +86 755 3637 8888**
**Email: IR@lexinfintech.com**
**27/F CES Tower**
**No. 3099 Keyuan South Road**
**Nanshan District, Shenzhen 518052**
**The People's Republic of China**
(Name, Telephone, Email and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
| --- | --- |
| American depositary shares (one American depositary share representing two Class A ordinary shares, par value US$0.0001 per share) | The Nasdaq Stock Market LLC (The Nasdaq Global Market) |
| Class A ordinary shares, par value US$0.0001 per share* | The Nasdaq Stock Market LLC (The Nasdaq Global Market) |

_____

\*     Not for trading, but only in connection with the listing on The Nasdaq Global Market of American depositary shares.

Securities registered or to be registered pursuant to Section 12(g) of the Act:

**None**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:

**None**
(Title of Class)

Indicate the number of outstanding shares of each of the Issuer's classes of capital or common stock as of the close of the period covered by the annual report.

**As of December 31, 2017, there were 217,070,940 Class A ordinary shares and 110,647,199 Class B ordinary shares, par value US$0.0001 per share.**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

☐ Yes   ☒ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.

☐ Yes   ☒ No

Table of Contents
**Key Operating Metrics**

We regularly monitor a number of metrics in order to measure our current performance and project our future performance. These metrics aid us in developing and refining our growth strategies and making strategic decisions:

| | As of or for the Year Ended December 31, | | | |
|---|---|---|---|---|
| | 2015 | 2016 | 2017 | |
| | RMB | RMB | RMB | US$ |
| | | (except for number of customers) | | |
| Outstanding principal balance (in millions) | 3,390 | 9,899 | 19,272 | 2,962 |
| Outstanding principal balance by accounting treatment: | | | | |
| Outstanding principal balance of on-balance sheet loans (in millions) | 3,266 | 7,712 | 12,012 | 1,846 |
| Outstanding principal balance of off-balance sheet loans (in millions) | 124 | 2,187 | 7,260 | 1,116 |
| Outstanding principal balance by type of loan product: | | | | |
| Outstanding principal balance of installment purchase loans (in millions) | 1,703 | 2,106 | 1,677 | 258 |
| Outstanding principal balance of personal installment loans (in millions) | 1,687 | 7,793 | 17,595 | 2,704 |
| Originations (in millions) | 6,110 | 22,197 | 47,704 | 7,332 |
| Originations of installment purchase loans (in millions) | 2,501 | 3,154 | 2,913 | 448 |
| Originations of personal installment loans (in millions) | 3,609 | 19,043 | 44,791 | 6,884 |
| Average customer loan balance | 2,881 | 4,838 | 6,580 | 1,011 |
| Number of active customers who used our loan products (in thousands) | 1,481 | 3,005 | 4,080 | N/A |
| Number of new active customers who used our loan products (in thousands) | 1,396 | 1,923 | 2,159 | N/A |
| Customer acquisition cost | 114 | 127 | 99 | 15 |

*Outstanding principal balance.* Outstanding principal balance represents the total amount of principal outstanding for loans originated on our platform at the end of the period. The accounting treatment with respect to outstanding principal balance of loans on our consolidated balance sheets varies, depending primarily on whether we are considered as the primary obligor in the lending relationship. See "—Critical Accounting Policies—On-and off-balance sheet treatment of loans" below.

*Originations.* Originations represent the total principal amount of the loans we originate during the period. Our customers have the option to postpone or reschedule their monthly repayment. For originations, the principal amount postponed or rescheduled is calculated as a new loan principal amount. We treat off-balance sheet loans as part of our originations.

*Average customer loan balance.* Average customer loan balance is calculated by dividing the outstanding principal balance by the number of customers with outstanding loans at the period end.

*Number of active customers and new active customers using our loan products.* We define an active customer as a customer who uses our loan products at least once during the relevant period. A new active customer during a period is an active customer during the period who did not use our loan products prior to the beginning of this period.

*Customer acquisition cost.* We define customer acquisition cost as the amount of total costs incurred in connection with acquiring customers during a period divided by the number of the new active customers during the period.

**On-and Off-Balance Sheet Treatment of Loans**

We access an array of diversified funding sources to ensure that we have scalable and stable funding. The accounting treatment of assets, liabilities and revenues arising from the loans we originate varies, depending primarily on whether we are considered as the primary obligor in the lending relationship.

We generate financing receivables from providing installment purchase loans and personal installment loans to customers. With respect to the loans funded by individual investors through *Juzi Licai* and certain institutional funding partners, we have determined that we are the primary obligator in the lending relationship. We generate interest and financial services income from on-balance sheet loans, which is amortized over the terms of financing receivables using the effective interest method.

We do not record financing receivables from loans funded by certain institutional funding partners, such as certain third-party commercial banks, where we are not the primary obligor in the lending relationship. With respect to the off-balance sheet loans, we are obligated to compensate these institutional funding partners for the principal and interest repayment of loans in the event of a customer default. We also provide full interest repayment to certain institutional funding partners according to the terms of the loan in the event that a customer makes an early repayment of the loan. We account for our contracts with these institutional funding partners as a derivative under ASC Topic 815, *Derivatives and Hedging,* which is recognized on our consolidated balance sheets as either assets or liabilities. We earn loan facilitation and servicing fees from the customers.

89

Table of Contents

- additional personal background information relating to occupation, employment history and income range;
- information on customer behavior, including the customer's online shopping history, GPS data and information available on social media;
- information relating to credit card balances and the balance of outstanding borrowings of the same individual from other online consumer finance platforms;
- the customer's credit history, if available, maintained by China UnionPay and the Credit Reference Center of the People's Bank of China; and
- for repeat customers, the historical loan performance accumulated on our platform.

We perform a screening of our prospective customers' creditworthiness and decline applications by those who appear on any of the credit blacklists maintained by us or our partners, and those who have reached their credit limits with us. We have maintained a blacklist system including high-risk incidents such as bad faith defaults, significant delinquencies, and fraudulent applications or agents, which cover both credit and fraud risks. Our anti-fraud, collection and credit assessment personnel can add customers to our blacklist system after review of a particular incident. We closely monitor the additions to our blacklist system. A removal from our blacklist will be subject to manual approval by supervisors of the relevant function, while to date we have not removed any individual from our blacklist. In 2015, 2016 and 2017, approximately 48.0%, 64.1% and 85.3% of all credit applications were declined, respectively.

We then initiate a credit review using our proprietary credit assessment engine *Hawkeye* to generate a credit risk level for a prospective customer, which informs our decision on whether to extend a credit. For discussion of our *Hawkeye* engine, see "—Risk Management—Our proprietary credit assessment process" and "—Technology—Our risk analytics capabilities—Artificial intelligence and *Hawkeye* engine." We will assign a credit line to each customer approved by our credit assessment system. After obtaining a credit line, a customer may apply for installment purchase loans or personal installment loans from us. Approximately 98% of all loan applications are handled and approved automatically. The remaining applications, which require additional information or verification, are forwarded to our credit assessment team for manual review. The manual review is generally completed within 48 hours. Following this review, our credit assessment team will either approve or decline the application.

### Step 4: Our loan funding and issuance mechanism

Once we approve a loan application from a customer, our system will then automatically generate a form of service agreement between the customer and us. Our customers authorize us to facilitate borrowing from third parties and our partners. See "— Our Investors and Funding Partners." Our proprietary *Wormhole* system connects our customers and funding partners' systems in an automated process that minimizes manual review and approval by the funding partners, and allocates funding needs to various funding sources with different risk-and-return parameters. We also continuously monitor customer behavior for fraud and other anomalies, and may decline loan applications and halt a transaction at any time.

### Step 5: Loan servicing and repayment

Upon the origination of our loan products, we establish a repayment schedule with repayment occurring on a set business day each month and update the loan performance status in real time once a payment has been made or is overdue. In most situations, we charge service fees to customers by deducting the relevant fees from the customer's monthly repayment. Starting from 2018, in certain situations, we also collect fees directly from funding partners without deducting fees from the customer's monthly repayment. Customers are able to monitor the status of loan repayment on our platform on PC and mobile apps. Customers can make loan repayments via third-party payment platforms (including WeChat Pay, YeePay and 99Bill), and either authorize us to settle with the relevant sources of funding or settle repayments through a clearing bank. We have adopted a set of collection policies and practices that focus on enhancing user experience and cultivating healthy habits of credit use and repayment among our customers.

61

Table of Contents

We determine the priorities of our collection efforts based on the level of delinquency, which dictates the level of collection steps taken. The majority of our collection activities are done in automated processes through digital means such as payment reminder notifications on our app, reminder text messages, voice messages and e-mails. We have an effective in-house collection team consisting of 158 members as of December 31, 2017. If a loan remains overdue after a certain time period, we then outsource loan collection to third-party contractors to optimize collection efficiency. We very carefully select our third-party contractors, setting forth certain guidelines and limitations on their collection actions, and enforce those guidelines and limitations.

**Risk Management**

We take an advanced and customized risk management approach driven by our *Hawkeye* credit assessment engine and strong risk management culture.

*Our proprietary credit assessment process*

For a new customer, our credit assessment primarily utilizes grouping on the basis of the new customer's education background, location and other available information, as well as our insights into similarly situated customers. Our newly acquired customers share similar risk profiles and certain key group or risk characteristics, which adequately account for a majority of their credit risks. As we gain more experience with the customer, our credit assessment gradually shifts emphasis to the individual's credit history with us, employment and income information, and other data that we have accumulated.

We develop our credit assessment model based on the historical delinquency performance of our customers as well as information submitted in the customers' credit applications. Our credit assessment model is designed to predict the likelihood that a customer will be delinquent in the future. Based on our prediction of the customer's likelihood of future delinquency and the customer profile, we assign one of the seven credit risk levels to each customer, with risk level A representing the lowest risk, risk level F representing the highest risk and risk level N representing customers who are approved for trial purposes only and will be separately tracked accordingly.

The key factors we consider in determining the credit risk level of each customer include:

· Geographic location, for example, whether the customer is located in a first-tier, second-tier or third-tier city, and the level of economic development of the relevant city;
· Education background, *i.e.*, the customer's academic degree and past or current education institutions;
· Level of income;
· Outstanding loans from other external sources, such as credit card issuers and other consumer finance platforms; and
· External credit references.

The table below sets forth the amount of our loan originations to customers of each credit risk level in 2015, 2016 and 2017, respectively.

| Credit risk level | Year Ended December 31, | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2015 | | 2016 | | 2017 | | |
| | RMB | % | RMB | % | RMB | US$ | % |
| | (in millions, except for percentages) | | | | | | |
| A | 2,081 | 34.1 | 7,831 | 35.3 | 15,943 | 2,450 | 33.4 |
| B | 1,154 | 18.9 | 3,827 | 17.2 | 10,524 | 1,618 | 22.1 |
| C | 1,972 | 32.3 | 6,927 | 31.2 | 10,222 | 1,571 | 21.4 |
| D | 394 | 6.4 | 2,360 | 10.6 | 7,186 | 1,104 | 15.1 |
| E | 127 | 2.1 | 650 | 2.9 | 3,054 | 469 | 6.4 |
| F | 28 | 0.5 | 235 | 1.1 | 501 | 77 | 1.1 |
| N | 354 | 5.7 | 367 | 1.7 | 274 | 43 | 0.5 |
| Total | 6,110 | 100.0 | 22,197 | 100.0 | 47,704 | 7,332 | 100.0 |

62

Exhibits
56343980
Table of Contents

See "—Critical Accounting Policies—On- and off-balance sheet treatment of loans."

**General Factors Affecting Our Results of Operations**

Our results of operations are affected by general factors driving the online consumer finance industry in China.

*Regulatory environment in China*

China's online consumer finance industry has historically been largely unregulated. Recently, PRC regulatory authorities, including the CBRC and the PBOC, have issued guidelines and policy directives relating to the online consumer finance industry. See "Item 4. Information on the Company—B. Business Overview—Regulations." It is expected that the online consumer finance market may be subject to closer scrutiny from regulators with more detailed rules and regulations to be introduced. We modified our operations recently to comply with relevant PRC laws and regulations. For example, in response to certain requirements under the Circular 141, we have made an adjustment to our cooperation model with institutional funding partners by cooperating with these institutional funding partners through Shenzhen Lexin Financing Guarantee Co. Ltd., a subsidiary of Shenzhen Fenqile, which is qualified to provide financing guarantees for the customers on our platform and to charge fees for the relevant guarantee services. In the future, we may be required to make further adjustment in our operations to comply with any relevant future PRC laws and regulations regarding the online consumer finance industry. These changes may have a material impact on our future financial results. See "Item 3. Key Information—D. Risk Factors—Risks Related to Our Business and Industry—If our current investor protection measures are deemed to violate the relevant laws and regulations, our business, financial condition and results of operations would be materially and adversely affected."

On the other hand, we have closely tracked the development and implementation of new rules and regulations that are likely to affect us. Tighter regulations may increase overall compliance costs of market players, promote more commercially reasonable and sensible credit products, enhance the competitive edge of established market players, and encourage consolidations within the industry. We believe these requirements have created entry barriers for many market players in China and further differentiated us from our competitors. We will continue to ensure timely compliance with existing and new laws and regulations applicable to our business. We believe that our ability to ensure timely and full compliance with these rules and regulations will improve our competitive position in the online consumer finance industry in China.

*Economic and market conditions*

While we believe we will continue to offer attractive value propositions to customers and funding sources in all economic environments, changes in the overall economy may impact our business in several ways, including demand for our products, credit performance and funding costs.

The demand from our customers and funding sources for our loan products is dependent upon interest rates offered and the return earned relative to other comparable or substitute products. For example, a significant interest rate increase could cause potential customers to defer seeking loans as they wait for rates to settle. Additionally, if weakness in the economy occurs and actual or expected default rates increase, investors and institutional funding partners may delay or reduce their funding of loans on our platform. Furthermore, although we have access to diversified funding sources, in the event of an insufficient amount of liquidity in the financial markets, it may be difficult for us to obtain sufficient funding from our institutional funding partners at a reasonable cost.

In a strong economic climate, demand for our products and services may increase as consumer spending increases. In addition, additional potential customers may qualify for a higher credit limit based on our credit assessment. Traditional lenders may also approve loans for a higher percentage of our potential customers. Young adult professionals may receive higher and more stable salaries or other income, which may result in lower loan losses. In a weakening economic climate or recession, the opposite may occur.

90