# EXHIBIT B

Case 3:20-cv-01562-SI Document 38-2 Filed 05/18/21 Page 2 of 6

20-F 1 a19-1147_120f.htm 20-F

Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 20-F

**(Mark One)**

☐   **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

or

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2018.**

or

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from     to**

or

☐   **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report:

Commission file number: 001-38328

# LexinFintech Holdings Ltd.
(Exact name of Registrant as specified in its charter)

**N/A**
(Translation of Registrant's name into English)

**Cayman Islands**
(Jurisdiction of incorporation or organization)

**27/F CES Tower**
**No. 3099 Keyuan South Road**
**Nanshan District, Shenzhen 518052**
**The People's Republic of China**
(Address of principal executive offices)

**Craig Yan Zeng, Chief Financial Officer**
**Telephone: +86 755 3637 8888**
**Email: IR@lexin.com**
**27/F CES Tower**
**No. 3099 Keyuan South Road**
**Nanshan District, Shenzhen 518052**
**The People's Republic of China**
(Name, Telephone, Email and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| American depositary shares (one American depositary share representing two Class A ordinary shares, par value US$0.0001 per share) | The Nasdaq Stock Market LLC (The Nasdaq Global Market) |
| Class A ordinary shares, par value US$0.0001 per share* | The Nasdaq Stock Market LLC (The Nasdaq Global Market) |

\*   Not for trading, but only in connection with the listing on The Nasdaq Global Market of American depositary shares. Securities registered or to be registered pursuant to Section 12(g) of the Act:

Table of Contents

We have expanded the scale of our platform rapidly since our inception. From our inception in August 2013 through the end of 2018, we cumulatively originated RMB143 billion (US$20.7 billion) in loans. In 2016, 2017 and 2018, we originated RMB22.2 billion, RMB47.7 billion and RMB66.1 billion (US$9.6 billion) in loans, respectively, representing a CAGR of 73%. As of December 31, 2016, 2017 and 2018, our outstanding principal balance of loans was approximately RMB9.9 billion, RMB19.3 billion and RMB32.4 billion (US$4.7 billion), respectively. The weighted average tenor of loans originated on our platform in 2017 and 2018 was approximately 9.5 months and 14.2 months, respectively.

## Key Operating Metrics

We regularly monitor a number of metrics in order to measure our current performance and project our future performance. These metrics aid us in developing and refining our growth strategies and making strategic decisions:

| | As of or for the Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2016 | 2017 | 2018 | |
| | RMB | RMB | RMB | US$ |
| | | (except for number of users) | | |
| Outstanding principal balance (in millions) | 9,899 | 19,272 | 32,397 | 4,712 |
| Outstanding principal balance by accounting treatment: | | | | |
| Outstanding principal balance of on-balance sheet loans (in millions) | 7,712 | 12,012 | 6,808 | 990 |
| Outstanding principal balance of off-balance sheet loans (in millions) | 2,187 | 7,260 | 25,589 | 3,722 |
| Outstanding principal balance by type of loan product: | | | | |
| Outstanding principal balance of installment purchase loans (in millions) | 2,106 | 1,677 | 1,570 | 228 |
| Outstanding principal balance of personal installment loans (in millions) | 7,793 | 17,595 | 30,827 | 4,484 |
| Originations (in millions) | 22,197 | 47,704 | 66,087 | 9,612 |
| Originations of installment purchase loans (in millions) | 3,154 | 2,913 | 2,738 | 398 |
| Originations of personal installment loans (in millions) | 19,043 | 44,791 | 63,349 | 9,214 |
| Average user loan balance | 4,838 | 6,580 | 9,048 | 1,316 |
| Number of active users who used our loan products (in thousands) | 3,005 | 4,080 | 4,896 | N/A |
| Number of new active users who used our loan products (in thousands) | 1,923 | 2,159 | 2,257 | N/A |

*Outstanding principal balance.* Outstanding principal balance represents the total amount of principal outstanding for loans originated on our platform at the end of the period. The accounting treatment with respect to outstanding principal balance of loans on our consolidated balance sheets varies, depending primarily on whether we are considered as the primary obligor in the lending relationship. See "—Critical Accounting Policies—On-and off-balance sheet treatment of loans" below.

*Originations.* Originations represent the total principal amount of the loans we originate during the period. Our users have the option to postpone or reschedule their monthly repayment. For originations, the principal amount postponed or rescheduled is calculated as a new loan principal amount. We treat off-balance sheet loans as part of our originations.

*Average user loan balance.* Average user loan balance is calculated by dividing the outstanding principal balance by the number of users with outstanding loans at the period end.

90

Table of Contents

· Third, if available information is insufficient for our system to exclude the possibility of fraud at a preset confidence level, then the relevant credit applications will be forwarded to our antifraud team for manual examination, which involves members of our anti-fraud team speaking with applicants to inquire into any discrepancies in the application and to verify application materials. Our operational team also facilitates our risk management efforts by verifying users' educational and personal background information by visiting selected users onsite.

### Step 3: Credit risk assessment

Following user identification and anti-fraud detection, we match the application with data from both internal and external sources, including information submitted by prospective users, collected from third-party data partners (including commercial data providers as well as governmental data providers), and collected from the internet using our proprietary data collection technologies with the authorization of our prospective users.

Our information collected for the evaluation of the creditworthiness of a user may include:

· basic personal background information, including age, gender and educational background, social network information;
· additional personal background information relating to occupation, employment history and income range;
· information on user behavior, including the user's online shopping history, GPS data and information available on social media;
· information relating to credit card balances and the balance of outstanding borrowings of the same individual from other online consumer finance platforms;
· the user's credit history, if available, maintained by China Union Pay and the Credit Reference Center of the PBOC; and
· for repeat users, the historical loan performance accumulated on our platform.

We perform a screening of our prospective users' creditworthiness and decline applications by those who appear on any of the credit blacklists maintained by us or our partners, and those who have reached their credit limits with us. We have maintained a blacklist system including high-risk incidents such as bad faith defaults, significant delinquencies, and fraudulent applications or agents, which cover both credit and fraud risks. Our anti-fraud, collection and credit assessment personnel can add users to our blacklist system after review of a particular incident. We closely monitor the additions to our blacklist system. A removal from our blacklist will be subject to manual approval by supervisors of the relevant function, while to date we have not removed any individual from our blacklist. In 2016, 2017 and 2018, approximately 64.1%, 85.3% and 88.7% of all credit applications were declined, respectively.

We then initiate a credit review using our proprietary credit assessment engine *Hawkeye* to generate a credit risk level for a prospective user, which informs our decision on whether to extend a credit. For discussion of our *Hawkeye* engine, see "—Risk Management—Our proprietary credit assessment process" and "—Technology—Our risk analytics capabilities—Artificial intelligence and *Hawkeye* engine." We will assign a credit line to each user approved by our credit assessment system. After obtaining a credit line, a user may apply for installment purchase loans or personal installment loans from us. Approximately 98% of all loan applications are handled and approved automatically. The remaining applications, which require additional information or verification, are forwarded to our credit assessment team for manual review. The manual review is generally completed within 48 hours. Following this review, our credit assessment team will either approve or decline the application.

60

Table of Contents

### Step 4: Our loan funding and issuance mechanism

Once we approve a loan application from a user, our system will then automatically generate a form of service agreement between the user and us. Our users authorize us to facilitate borrowing from third parties and our partners. See "— Our Investors and Funding Partners." Our proprietary *Wormhole* system connects our users and funding partners' systems in an automated process that minimizes manual review and approval by the funding partners, and allocates funding needs to various funding sources with different risk-and-return parameters. We also continuously monitor user behavior for fraud and other anomalies, and may decline loan applications and halt a transaction at any time.

### Step 5: Loan servicing and repayment

Upon the origination of our loan products, we establish a repayment schedule with repayment occurring on a set business day each month and update the loan performance status in real time once a payment has been made or is overdue. In most situations, we charge service fees to users by deducting the relevant fees from the user's monthly repayment. Starting from 2018, in certain situations, we also collect fees directly from funding partners without deducting fees from the user's monthly repayment. Users are able to monitor the status of loan repayment on our platform on PC and mobile apps. Users can make loan repayments via third-party payment platforms (including WeChat Pay, YeePay and 99Bill), and either authorize us to settle with the relevant sources of funding or settle repayments through a clearing bank. We have adopted a set of collection policies and practices that focus on enhancing user experience and cultivating healthy habits of credit use and repayment among our users.

We determine the priorities of our collection efforts based on the level of delinquency, which dictates the level of collection steps taken. The majority of our collection activities are done in automated processes through digital means such as payment reminder notifications on our mobile application, reminder text messages, voice messages and e-mails. We have an effective in-house collection team consisting of 156 members as of December 31, 2018. If a loan remains overdue after a certain time period, we then outsource loan collection to third-party contractors to optimize collection efficiency. We very carefully select our third-party contractors, setting forth certain guidelines and limitations on their collection actions, and enforce those guidelines and limitations.

### Risk Management

We take an advanced and customized risk management approach driven by our *Hawkeye* credit assessment engine and strong risk management culture.

### Our proprietary credit assessment process

For a new user, our credit assessment primarily utilizes grouping on the basis of the new user's education background, location and other available information, as well as our insights into similarly situated users. Our newly acquired users share similar risk profiles and certain key group or risk characteristics, which adequately account for a majority of their credit risks. As we gain more experience with the user, our credit assessment gradually shifts emphasis to the individual's credit history with us, employment and income information, and other data that we have accumulated.

We develop our credit assessment model based on the historical delinquency performance of our users as well as information submitted in the users' credit applications. Our credit assessment model is designed to predict the likelihood that a user will be delinquent in the future. Based on our prediction of the user's likelihood of future delinquency and the user profile, we assign one of the seven credit risk levels to each user, with risk level A representing the lowest risk, risk level F representing the highest risk and risk level N representing users who are approved for trial purposes only and will be separately tracked accordingly.

The key factors we consider in determining the credit risk level of each user include:

- Geographic location, for example, whether the user is located in a first-tier, second-tier or third-tier city, and the level of economic development of the relevant city;

- Education background, i.e., the user's academic degree and past or current education institutions;

61

Table of Contents

On the other hand, we have closely tracked the development and implementation of new rules and regulations that are likely to affect us. Tighter regulations may increase overall compliance costs of market players, promote more commercially reasonable and sensible credit products, enhance the competitive edge of established market players, and encourage consolidations within the industry. We believe these requirements have created entry barriers for many market players in China and further differentiated us from our competitors. We will continue to ensure timely compliance with existing and new laws and regulations applicable to our business. We believe that our ability to ensure timely and full compliance with these rules and regulations will improve our competitive position in the online consumer finance industry in China.

### Economic and market conditions

While we believe we will continue to offer attractive value propositions to users and funding sources in all economic environments, changes in the overall economy may impact our business in several ways, including demand for our products, credit performance and funding costs.

The demand from our users and funding sources for our loan products is dependent upon interest rates offered and the return earned relative to other comparable or substitute products. For example, a significant interest rate increase could cause potential users to defer seeking loans as they wait for rates to settle. Additionally, if weakness in the economy occurs and actual or expected default rates increase, investors and institutional funding partners may delay or reduce their funding of loans on our platform. Furthermore, although we have access to diversified funding sources, in the event of an insufficient amount of liquidity in the financial markets, it may be difficult for us to obtain sufficient funding from our institutional funding partners at a reasonable cost.

In a strong economic climate, demand for our products and services may increase as consumer spending increases. In addition, additional potential users may qualify for a higher credit limit based on our credit assessment. Traditional lenders may also approve loans for a higher percentage of our potential users. Young adult professionals may receive higher and more stable salaries or other income, which may result in lower loan losses. In a weakening economic climate or recession, the opposite may occur.

Sudden changes in economic conditions may affect our actual loan losses. These effects may be partly mitigated by the fact each loan borrowed by our users is relatively small, which should be less affected by adverse economic conditions than if the principal amount of each loan were larger.

### Key Specific Factors Affecting Our Results of Operations

Major specific factors affecting our results of operations include the following:

### Ability to attract and retain users

Our operating revenue grew significantly in 2017 and 2018 primarily as a result of growth in loan originations on our platform. In 2017 and 2018, we originated RMB47.7 billion and RMB66.1 billion (US$9.6 billion) in loans, respectively. As of December 31, 2016, 2017 and 2018, we had approximately RMB9.9 billion, RMB19.3 billion and RMB32.4 billion (US$4.7 billion), respectively, in outstanding principal balance of loans. Growth in our loan originations and outstanding principal balance has been driven primarily by the addition of new users and increasing business from existing users. The number of our active users grew from approximately 3.0 million in 2016 to approximately 4.1 million in 2017, and further grew to approximately 4.9 million in 2018. We anticipate that our future growth will continue to depend in part on attracting new users.

In addition, we believe the repeat borrowing behavior of our existing users will be important to our future growth. Of all active users on our platform in 2016, 2017 and 2018, approximately 74%, 80% and 80%, respectively, were repeat users who had successfully borrowed on our platform at least once previously. We believe our significant number of repeat users is primarily due to our ability to address the credit needs of our targeted user cohort, the superior user experience on our platform and the competitiveness of loan pricing. The extent to which we generate repeat business from our users will be an important factor in our continued revenue growth.

92