**Milo P. Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

**Peter B. Morrison** (*admitted pro hac vice*)
peter.morrison@skadden.com
**Virginia F. Milstead** (*admitted pro hac vice*)
virginia.milstead@skadden.com
**Kasonni M. Scales** (*admitted pro hac vice*)
kasonni.scales@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.687.5000
Facsimile: 213.687.5600

Attorneys for Defendant Jared Wu

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ROBERT SOLIS**, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>**LEXINFINTECH HOLDINGS LTD., JAY WENJIE XIAO, CRAIG YAN ZENG, KEYI CHEN, YIBO SHAO, and JARED YI WU,**<br><br>                    Defendants. | Case No. Case No. 3:20-cv-01562-SI<br><br>**STIPULATED MOTION AND NOTICE OF VOLUNTARY DISMISSAL** |

719517.0001/8871371.1

## LR 7-1 CERTIFICATION

Counsel for Lead Plaintiff Matthew P. Castner ("Plaintiff") and counsel for Defendant Jared Wu (collectively, the "Parties") have conferred and stipulate to the relief requested in this motion.

## STIPULATION

The Parties, by undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 19, 2020, Plaintiff was appointed as the Lead Plaintiff in this Action;

WHEREAS, on January 19, 2021, Plaintiff filed the Amended Complaint;

WHEREAS, on March 22, 2021, Defendant LexinFintech filed a Motion to Dismiss;

WHEREAS, on November 24, 2021, the Court issued an Order granting Defendant's Motion to Dismiss, and granting Plaintiff leave to amend ("Order");

WHEREAS, Plaintiff elected not to amend the Amended Complaint or appeal the Order;

WHEREAS, on or about January 26, 2022, Defendant Wu was served with the summons and complaint in China through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters;

WHEREAS, Mr. Wu denies that he engaged in any wrongful acts or is liable on any of the claims asserted in this Action;

WHEREAS, this Action has not been certified as a class action;

WHEREAS, the undersigned have met and conferred and hereby stipulate and agree as follows:

1.    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action—including the claims against Mr. Wu and all other defendants, whether served or not, with the summons and complaint—in its entirety without prejudice;

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719517.0001/8871371.1

2.      Plaintiff shall not pursue an amendment of the Amended Complaint or an appeal of the Order;

3.      Each side shall bear their own attorneys' fees and costs incurred in connection with this Action;

4.      The undersigned parties and counsel mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11), and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

5.      This Stipulation constitutes the entire and complete agreement between the undersigned Parties, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented, or abrogated other than by a written instrument signed by each affected Party hereto, or by the authorized representative of each Party; and

This Stipulation shall not be construed against the party preparing it, but shall be construed as if the Parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one Party.

IT IS SO STIPULATED this 22nd day of February 2022.


LANE POWELL PC

By: *s/ Pilar French*
    Milo Petranovich, OSB No. 813376
    Pilar French, OSB No. 962880
    601 S.W. Second Avenue, Suite 2100
    Portland, Oregon 97204-3158
    petranovichm@lanepowell.com
    frenchp@lanepowell.com
    Telephone: 503.778.2100

POMERANTZ LLP

By: *s/ Tamar A. Weinrib*
    Jeremy A. Lieberman
    (*admitted pro hac vice*)
    Tamar A. Weinrib
    (*admitted pro hac vice*)
    600 Third Avenue, 20thFloor
    New York, New York 10016
    Telephone: 212.661.1100
    jalieberman@pomlaw.com
    taweinrib@pomlaw.com


PAGE 3 –   STIPULATED MOTION AND NOTICE OF VOLUNTARY
             DISMISSAL

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719517.0001/8871371.1

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: *s/ Peter B. Morrison*
    Peter B. Morrison
    (*admitted pro hac vice*)
    Virginia F. Milstead
    (*admitted pro hac vice*)
    Kasonni M. Scales
    (*admitted pro hac vice*)
    300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
    peter.morrison@skadden.com
    virginia.milstead@skadden.com
    kasonni.scales@skadden.com
    Telephone: 213.687.5000

    *Attorneys for Defendant Jared Wu*

RANSOM, GILBERTSON,
MARTIN & RATLIFF, LLP
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, Oregon 97220
Rgmr1500@gmail.com
Telephone: 503.226.3664

*Attorneys for Plaintiff*

PAGE 4 –  STIPULATED MOTION AND NOTICE OF VOLUNTARY
          DISMISSAL

719517.0001/8871371.1